## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:  Johnson Pharmacy, LLC

Case no.   25-31298
Ch.          11
Judge:     Joel D. Applebaum

Debtor.

_____/

### ORDER SETTING HEARING ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL PURSUANT TO SECTION 363 (c) OF THE BANKRUPTCY CODE

This matter came before the Court on the Motions of Debtor which the Court is treating as requesting an expedited hearing on the interim use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code.  The Court finding sufficient cause to hold an ex-pedited hearing on Debtor's use of cash collateral  on an interim basis only,

**NOW, THEREFORE,**

**IT IS ORDERED that the Court shall conduct an IN PERSON hearing on the Debtor's interim use of cash collateral  on Wednesday, June 25, 2025 at 11:00a.m.**

**IT IS FURTHER ORDERED** that a copy of this Order, along with the underlying Motion to Use Cash Collateral and exhibits, shall be served on all secured creditors of record and the entities listed on Debtor's twenty largest unsecured creditors by email or overnight mail within 24 hours after entry of this Order.

**IT IS FURTHER ORDERED** that written objections to the interim use of cash collateral  shall be filed no later than Tuesday, June 24, 2025 by 11:59 PM or may be raised orally at the hearing.

**IT IS FURTHER ORDERED** that within 24 hours after entry of this Order, Debtor shall file an affidavit under oath of Mark Johnson a setting forth the *actual and necessary* amount of cash collateral to be used by Debtor so as to avoid immediate and irreparable harm between June 21, 2025 and July 19, 2025.  Mark Johnson shall be prepared, if necessary, to testify at the hearing under oath as to this amount.

**IT IS FURTHER ORDERED** that the Court shall hold a second interim hearing on the Motion on date to be set during the June 25th hearing. At that hearing, the Court will, among other things, set a date and time for the Final Hearing on the Motion.

**Signed on June 20, 2025**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**